John Bosacco and L. J. Rendin, Appellants v. Redevelopment Authority of the City of Chester, Appellee.

Argued June 2, 1980, before Judges MENCER, ROGERS and BLATT, sitting as a panel of three.

*Murray S. Eckell,* with him *Nicholas J. Emper, Eckell, Sparks, Vadino, Auerbach & Monte,* for appellants.

*Samuel M. Tollen, Tollen, Seidman and Sherman,* for appellee.

OPINION BY JUDGE BLATT, August 25, 1980:

Our review of the record in the court below reveals no error of law and we believe that Judge PRESCOTT has soundly applied the principles set forth by this Court in *Farrington v. Pennsylvania Department of Transportation,* 35 Pa. Commonwealth Ct. 373, 387 A. 2d 136 (1976). We will therefore affirm Judge PRESCOTT's adjudication on the basis of her opinion, which may be found at 67 Del. 348 (1980).

## ORDER

AND Now, this 25th day of August, 1980, the order of the Court of Common Pleas of Delaware County dated March 14, 1980, in the above-captioned matter is hereby affirmed.